SCPW-13-0000001

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner,

vs.

TOMMY LIU of the Department of Public Safety for the
State of Hawaiʻi, Inmate Grievance Specialist, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's petition for a writ of mandamus, which was filed on January 4, 2013, and the documents attached thereto and submitted in support thereof, it appears that petitioner fails to demonstrate that a grievance submitted in compliance with the Department of Public Safety's submission policy has not been processed and/or investigated. Petitioner, therefore, is not entitled to mandamus relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to

redress adequately the alleged wrong or obtain the requested action); <u>Barnett v. Broderick</u>, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, February 19, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

